[No. 30170-2-III.   Division Three.   December 11, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JAMES LAFAVOR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04577-2, Kathleen M. O'Connor, J., entered July 20, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30389-6-III.   Division Three.   December 11, 2012.]

WASHINGTON TRUST BANK, *as Trustee*, ET AL., *Respondents*, v. TRIGEO NETWORK SECURITY, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-03116-5, Kathleen M. O'Connor, J., entered November 3, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown and Kulik, JJ.

[No. 30740-9-III.   Division Three.   December 11, 2012.]

EUGENE LAYTON, *Appellant*, v. MADANI KEISS AB DALLA ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-12721-1, Vicki L. Hogan, J., entered May 20, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[Nos. 30020-0-III; 30021-8-III.   Division Three.   December 13, 2012.]

JANICE COURCHAINE ET AL., *Respondents*, v. COMMONWEALTH LAND TITLE INSURANCE COMPANY ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Spokane County, No. 10-2-00911-1, Tari S. Eitzen, J., entered May 20, 2011. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Sweeney, J. Now published at 174 Wn. App. 27.